**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MARGARET DENNIS** **PLAINTIFF**
***Individually and as Executrix of the***
***Estate of Wanda Dennis***

**v.** **CIVIL ACTION NO. 2:26-cv-108-TBM-RPM**

**SHELTER MUTUAL INSURANCE**
**COMPANY;**
**EARL HAINES; *and***
**JOHN DOES 1-5** **DEFENDANTS**

**ORDER**

This matter came before the Court on Defendant Earl Haines' Motion to Dismiss [5] and Plaintiff Margaret Dennis' Motion to Remand [7]. At the hearing conducted on November 13, 2026, the Court considered the pleadings, the motions, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing recording.

For all of the reasons contained in the hearing recording:

IT IS ORDERED that Plaintiff Margaret Dennis' Motion to Remand [7] is DENIED.

IT IS FURTHER ORDERED that Defendant Earl Haines' Motion to Dismiss [5] is GRANTED. Defendant Earl Haines is DISMISSED WITH PREJUDICE.

This, the 13th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE